UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LEONARD LEWIS**<br>DOC # 553333 | * | **CIVIL ACTION NO. 2:15-cv-1918** |
| v. | * | **JUDGE MINALDI** |
| **N. BURL CAIN** | * | **MAGISTRATE JUDGE KAY** |

*************************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 12) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Lewis' Objections (Rec. Doc. 16), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FED. R. CIV. P. Rule 41(b).

Lake Charles, Louisiana, this 19 day of August, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE